DOG OWNERS ASSOCIATION OF NEW YORK STATE, INC., et al., Appellants, v. HERMAN E. HILLEBOE, as Commissioner of Health of the State of New York, Respondent, and NEW YORK STATE SOCIETY FOR MEDICAL RESEARCH, INC., Intervener-Respondent.

Argued June 4, 1954; decided July 14, 1954.

*Allen S. Stim* and *Albert Felix* for appellants.

*Nathaniel L. Goldstein, Attorney-General* (*Ruth Kessler Toch, Wendell P. Brown* and *Samuel A. Hirshowitz* of counsel), for respondent.

*Bethuel M. Webster, Carolinda Waters* and *Bancroft G. Davis* for intervener-respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.